JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ADDISON J. T., | Case No. 8:24-02085 ADS |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order, the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.

DATED: 08/29/2025

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge